# UNITED STATES DISTRICT COURT
## District of Minnesota

***RESPOND TO:***

( ) THIRD DIVISION: 708 Federal Bldg., 316 N. Robert St., St. Paul, MN 55101 — Phone (651)-848-1100
( X ) FOURTH DIVISION: 202 U. S. Courthouse, 300 S. 4th St., Mpls., MN 55415 — Phone (612) 664-5000
( ) FIFTH AND SIXTH DIVISION: 417 Federal Bldg., 515 W. 1st St., Duluth, MN 55802 — Phone (218)-529-3500

| | |
|---|---|
| **DATE** **September 26, 2001 2001** | **CIVIL FILE NUMBER:** 0:01CV1768 JMR/FLN |
| **CASE TITLE:** Tyron Anderson -VS- Sears, Roebuck and Co. | |
| X | T he above entitled action was: ( X ) removed from county court OR ( ) transferred from another district, filed in the ( ) St. Paul-3rd Division ( **X** ) Minneapolis-4th Division ( ) Duluth-5th Division ( ) Fergus Falls-6th Division on assigned to Chief Judge James M. Rosenbaum and Chief Magistrate Judge Franklin L. Noel lease direct future filings to the office indicated. |
| | The above entitled action was filed in this court on __________, assigned to Judge _____________and referred to U. S. Magistrate Judge ____________. The file will be maintained at the Clerk's Office in ( ) St. Paul, ( ) Minneapolis or ( ) Duluth. Please note this information for future reference. cc to: |
| | **LR79.1(d) and/or LR 37.2 DISCOVERY MOTIONS**: **Discovery documents** are returned pursuant to Local Rule. |
| | A certified copy of the Order of Remand is enclosed. |
| | The above entitled action is being transferred to your court pursuant to Order of__ filed__. A certified copy of the order and docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | A Bill of Costs is to be submitted on a form as provided by the court. Form AO 133 and instructions for completion are attached. |
| | Your original documents are returned. Copies of state court documents were submitted when the action was removed to this court. |
| | OTHER: |

Deputy Clerk D. Bell

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

| | | |
|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 U. S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 |