**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TYRON ANDERSON,

Plaintiffs,

v.

SEARS, ROEBUCK AND CO.,

Defendant.

01cv1768 (JEL/JGL)

**NOTICE**

---

**TAKE NOTICE** that the hearing on defendant's motion for summary judgment is scheduled for Monday, September 23, 2002 at 11:30 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: August 8, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

FILED AUG 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______